IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>REED, TERESA KAY,<br><br>        Debtor. | Case No. 08-34423<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

        First Source Healthcare Advantage
        PO Box 667                                $52.07
        LaPorte, IN 46352

Dated: February 11, 2011          Respectfully submitted,

                                             /s/Jacqueline Sells Homann
                                             Jacqueline Sells Homann
                                             Jones Obenchain, LLP
                                             600 KeyBank Building
                                             202 South Michigan Street
                                             Post Office Box 4577
                                             South Bend, Indiana 46634
                                             Telephone:  (574) 233-1194
                                             Facsimile:  (574) 233-8957
                                             Email:       jshtrustee@jonesobenchain.com

2

## C<small>ERTIFICATE</small> O<small>F</small> S<small>ERVICE</small>

    I hereby certify that on the 11th day of February 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Loraine P. Troyer | United States Trustee |
| jaunsicker@frontier.com | ustpregion10.so.ecf@usdoj.gov |

                                              /s/ Jacqueline Sells Homann
                                              Jacqueline Sells Homann